## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE No.: 6:25-cv-01600-JSS-LHP

TAVIA WAGNER,

   Plaintiff,

vs.

DAYTONA BEACH CENTER, LLC,
and HAYAAL, INC., d/b/a THE BIG
TUNAS BEACH BAR & GRILL,

   Defendants.

_____/

## <u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    _____
    _____
    _____

<u>X</u> IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  August 26, 2025

By:/s/Anthony T. Litsch III
    Anthony T. Litsch III
    1368 Turnbull Bay Road, Suite 303
    New Smyrna Beach, Florida 32168
    Telephone: 386-409-7252
    Email: bb_litsch4@att.net
    Email: AnthonyTLitschiii@gmail.com
    Florida Bar Number: 0084437
    Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of August 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

> By:/s/Anthony T. Litsch III
> Anthony T. Litsch III
> 1368 Turnbull Bay Road, Suite 303
> New Smyrna Beach, Florida 32168
> Telephone: 386-409-7252
> Email: bb_litsch4@att.net
> Email: AnthonyTLitschiii@gmail.com
> Florida Bar Number: 0084437
> Attorney for Plaintiff

3