```
            Big Tuna Beach Bar and Grill
               2695 S ATLANTIC AVE
             DAYTONA BEACH, FL  32118
                PHONE: 386-677-1235

ORDER: 6167  Table 31
*****************************************
                  Purchase
DATE:                              06/12/2025
TIME:                                 5:59 PM
CARD TYPE:                         MasterCard
CARD NO:                   XXXXXXXXXXXX6326
ENTRY MODE                               CHIP
CVM                                      SIGN


INVOICE                            0000121023
SERVER                        Bar night (102)
RESPONSE                             APPROVED
AUTH CODE                              125599
MO E                                     CHIP
AID                           A0000000041010
TVR                              8000008000
IAD  0414A00201220000000000000000000000FF
TSI                                      6800
ARC                                        Z3
AMOUNT:                                $16.54


GRATUITY


TOTAL:


        I AGREE TO PAY ABOVE TOTAL AMOUNT
        ACCORDING TO CARDISSUER AGREEMENT OR
        MERCHANT AGREEMENT IF CREDIT VOUCHER



           SIGNATURE: SHAW/MARLA DORENE
                   CUSTOMER COPY


Suggested Gratuity Amounts:
18.0%         2.88   $19.42
20.0%         3.20   $19.74
25.0%         4.00   $20.54
```